UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MICHELLE WILSON,

                        Plaintiff,            **NOTICE OF REMOVAL**

          -against-                    Civil Action No. 07/03811

NORTHWESTERN MUTUAL INSURANCE
COMPANY,

                       Defendant.

------------------------------------------------------------------X

07 CV 2790
JUDGE BRIEANT

    Petitioner, The Northwestern Mutual Life Insurance Company, incorrectly named as Northwestern Mutual Insurance Company, (hereinafter "Northwestern Mutual"), a mutual life insurance company and defendant in the above-entitled action, files this notice to remove the foregoing cause to the United States District Court for the Southern District of New York, and respectfully shows this Court:

    1.    On the 7th day of March, 2007, a Summons and Complaint were filed against Northwestern Mutual in the Supreme Court of the State of New York in and for the County of Westchester, entitled Michelle Wilson v. Northwestern Mutual Insurance Company, Index No. 07/03811. The Summons and Complaint, both dated February 22, 2007 were served upon Northwestern Mutual on or about March 12, 2007. A copy of the Summons and Complaint are annexed hereto as Exhibit "A". No further proceedings have been had therein.

    2.    The above described action is one of which this Court has original jurisdiction under the provisions of Title 28, United States Code Section 1332, and is one which may be removed to this Court by Northwestern Mutual pursuant to the provisions of Title 28, United

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

States Code Section 1441, in that it is a civil action and the matter in controversy exceeds the sum or value of $75,000 exclusive of interests and costs, and is between citizens of different states.

3. Upon information and belief, the Plaintiff, Michelle Wilson, at the time this action was commenced, was and still is a citizen of the State of New York. Northwestern Mutual, at the time this action was commenced, was and still is a mutual life insurance company chartered under the laws of the State of Wisconsin, with its principal place of business in Milwaukee, Wisconsin and was not and is not a citizen of the State of New York wherein this action was brought.

4. This Notice of Removal is being filed within thirty (30) days after receipt by Northwestern Mutual of a copy of the Summons and Complaint and is timely filed under 28 U.S.C. §1446(b). Petitioner's time to answer or move with respect to the Complaint has not expired.

WHEREFORE, Petitioner prays that the above-named action now pending against it in the Supreme Court, County of Westchester, State of New York, be removed therefrom to the United States District Court for the Southern District of New York.

Dated: Uniondale, New York
April 6, 2007

By: /s/ Norman Tolle
Norman Tolle (NT 5081)

RIVKIN RADLER LLP
926 Reckson Plaza
Uniondale, New York 11556-0926
(516) 357-3242

Attorneys for Defendant
The Northwestern Mutual Life Insurance Company

TO: Douglas R. Dollinger, Esq.
Attorney for Plaintiff
P.O. Box 1111
96 Broadway
Newburgh, New York 12550
(845) 562-9601

Clerk, Supreme Court
Westchester County
111 Martin Luther King Boulevard
White Plains, New York 10601

2024984 v1