UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MICHELLE WILSON,

                Plaintiff,

    -against-

NORTHWESTERN MUTUAL INSURANCE
COMPANY,

                Defendant.

------------------------------------------------------------------X

Civil Action No. 07/03811

**RULE 7.1(a) DISCLOSURE STATEMENT**



Norman L. Tolle, an attorney admitted to practice in this Court declares as follows:

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for The Northwestern Mutual Life Insurance Company (incorrectly named as Northwestern Mutual Insurance Company), a private non-governmental party, certifies that defendant has no parent corporation and since it is a mutual life insurance company which has no shareholders, there is no publicly held corporation that owns 10% or more of its stock.

Dated: Uniondale, New York
       April 6, 2007

By: *Norman Tolle*
Norman L. Tolle (NT 5081)
RIVKIN RADLER LLP
926 Reckson Plaza
Uniondale, New York 11556-0926
(516) 357-3007
Attorneys for Defendant
The Northwestern Mutual Life Insurance Company

2025125 v1