UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MICHELLE WILSON,

                          Plaintiff,

       -against-

NORTHWESTERN MUTUAL INSURANCE
COMPANY,

                         Defendant.

Civil Action No. 07 CV 2790
(CLB)

**AFFIRMATION OF NORMAN
L. TOLLE IN OPPOSITION
TO PLAINTIFF'S MOTION
TO AMEND THE SUMMONS
AND COMPLAINT**

------------------------------------------------------------------X

      Norman L. Tolle affirms under the penalties of perjury as follows:

      1.     I am a partner in the law firm of Rivkin Radler LLP, counsel for The Northwestern Mutual Life Insurance Company (incorrectly named as Northwestern Mutual Insurance Company) ("Defendant"), and, as such, am fully familiar with all the facts and circumstances herein.

      2.     I respectfully submit this Affirmation in opposition to Michelle Wilson's ("Plaintiff") motion for leave to amend the Summons and Complaint.

      3.     Plaintiff commenced this action in the Supreme Court of the State of New York, Westchester County, by filing a Summons and Complaint on or about March 7, 2007. On or about April 6, 2007, Defendant properly removed this action to the United States District Court for the Southern District of New York based on this Court's original jurisdiction pursuant to Title 28, United States Code Section 1332. On or about April 13, 2007, Defendant filed its motion to dismiss Plaintiff's claim for compensatory damages and attorneys fees, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

      3.     Rule 15(a) of the Federal Rules of Civil Procedure provides:

> A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . . Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given.

4. Defendant has not yet filed a responsive pleading in this action. Therefore, Plaintiff may amend her Complaint once as a matter of course. Plaintiff's motion for leave to file an Amend Summons and Complaint is unnecessary.

Dated: Uniondale, New York
May 8, 2007

*Norman Tolle*
_____
NORMAN L. TOLLE (NT 5081)

2037689 v1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) SS. :
COUNTY OF NASSAU         )

     I, Lisa Sullo being sworn, say:

     I am not a party to the action, am over 18 years of age and reside in West Babylon, New York.

     On May 8, 2007, I served the within **Affirmation of Norman L. Tolle in Opposition to Plaintiff's Motion to Amend the Summons and Complaint** by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

     Douglas R. Dollinger, Esq.
     P.O. Box 1111
     96 Broadway
     Newburgh, New York 12550

                                                                             _____
                                                                             Lisa Sullo

Sworn to before me this
8th day of May, 2007

_____
Notary Public

                MARY ELLEN CENTRONE
           Notary Public, State of New York
                  No. 01CE4891234
              Qualified in Nassau County
           Commission Expires 4/27/2011

Index No. CV 2790 (CLB)   Year 07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELLE WILSON,

Plaintiff(s),

-against-

NORTHWESTERN MUUTAL INSURANCE COMPANY,

Defendant(s).

---

**AFFIRMATION OF NORMAN L. TOLLE IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND THE SUMMONS AND COMPLAINT**

---

*Attorneys for* **RIVKIN RADLER LLP**
Defendant
926 RECKSON PLAZA
UNIONDALE, NEW YORK 11556-0926
(516) 357-3000

FILE# 009135-00026

---

To:

*Attorney(s) for*

---

*Service of a copy of the within* *is hereby admitted.*

*Dated:*

.................................................

*Attorney(s) for*

---

PLEASE TAKE NOTICE

☐ **NOTICE OF ENTRY**
that the within is a (certified) true copy of a
entered in the office of the clerk of the within named Court on      20

☐ **NOTICE OF SETTLEMENT**
that an Order of which the within is a true copy will be presented for settlement to the Hon.
one of the judges of the within named Court,
at
on      20    , at    M.

*Dated:*

**RIVKIN RADLER LLP**
*Attorneys for*

926 RECKSON PLAZA
UNIONDALE, NEW YORK 11556-0926

To: