

# RIVKIN RADLER
### ATTORNEYS AT LAW

NORMAN L. TOLLE
PARTNER
(516) 357-3242
norman.tolle@rivkin.com

September 11, 2007

**VIA TELECOPIER**

Douglas R. Dollinger, Esq.
P.O. Box 1111
96 Broadway
Newburgh, New York 12550

     Re: *Michelle Wilson v. The Northwestern Mutual Life Insurance Company*
       ~~Civil Action No. 07/03811~~   07 CW. 2790(CLB)
       RR File No.: 009135-00027

Dear Mr. Dollinger:

  I have been advised that my letter to Magistrate Judge Lisa Margaret Smith dated September 7, 2007 should have been directed to Judge Brieant. I have today received a call from Judge Brieant's chambers scheduling a conference concerning the discovery issues raised in that letter for 10:30 a.m. on September 21, 2007.

          Very truly yours,

          RIVKIN RADLER LLP

          *Norman Tolle*

          Norman L. Tolle

NLT/ls
cc: Hon. Charles L. Brieant (via telecopier)

926 Reckson Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street
Court Plaza South • West Wing
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495

www.rivkinradler.com