# RIVKINRADLER

**NORMAN L. TOLLE**
PARTNER
(516) 357-3242
norman.tolle@rivkin.com

September 7, 2007



**VIA REGULAR MAIL**

Magistrate Judge Lisa Margaret Smith
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

> Re:   *Michelle Wilson v. The Northwestern Mutual Life Insurance*
>       *Company*
>       Civil Action No. 07 CV 2790 (CLB)
>       RR File No.: 009135-00027

Dear Magistrate Judge Smith:

This firm represents defendant The Northwestern Mutual Life Insurance Company in the above matter. We write to you today in accordance with your Individual Practice Rule 2A to request an informal conference with the Court pursuant to Local Civil Rule 37.2 with regard to a discovery dispute. Attached hereto as Exhibit "A" is the Civil Case Discovery Plan and Scheduling Order ("Order") which provides for the service of Interrogatories by all counsel no later than June 29, 2007 and the service of First Request for Production of Documents to be served no later than that same date. Defendant served its First Set of Interrogatories (attached hereto as Exhibit "B") and First Request for Production of Documents (attached hereto as Exhibit "C") on June 29, 2007. The Order also provides that depositions are to be completed by August 31, 2007, but that depositions are not to be held until all parties have responded to any First Requests for Production of Documents.

Plaintiff has utterly failed to respond to Defendant's First Set of Interrogatories and First Request for Production of Documents. By letter dated August 21, 2007 (attached hereto as Exhibit "D"), we wrote to plaintiff's counsel requesting that plaintiff respond to defendant's discovery requests on or before August 31, 2007 so that defendant might thereafter schedule depositions if it deemed them to be necessary. The August 21 letter also noted that plaintiff failed to serve any discovery in this matter, and that it was Northwestern Mutual's position that plaintiff has waived any right to serve Interrogatories or a First Request for Production of Documents or to depose any parties or non-parties in this action.

926 Reckson Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022.3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street
Court Plaza South • West Wing
Hackensack, NJ 07601 7021
Tel: 201.287.2460
Fax: 201.489.0495

www.rivkinradler.com



Magistrate Judge Lisa Margaret Smith
September 7, 2007
Page 2


The purpose of this letter is to request an informal conference with the Court seeking an Order requiring plaintiff to respond, without objection, to Plaintiff's First Set of Interrogatories and First Request for Production of Documents by a date certain; that the Court permit defendant to depose plaintiff, if it deems such a deposition necessary, within 45 days after its receipt of plaintiff's discovery responses; and that an Order be entered providing that plaintiff has waived her right to any discovery in this action given her failure to comply with the discovery cutoffs set forth in the Order.

Respectfully submitted,

RIVKIN RADLER LLP

Norman L. Tolle

NLT/ls
cc:    Douglas Dollinger, Esq. (via regular mail)