UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MICHELLE WILSON                                    Civil Action No. 07 CV 2790 (CLB)

                Plaintiff,                        **NOTICE OF MOTION**

    -against-

NORTHWESTERN MUTUAL INSURANCE COMPANY,

                Defendant.
------------------------------------------------------------------X

**S I R S:**

    **PLEASE TAKE NOTICE**, that upon the annexed Affirmation of Norman L. Tolle, Esq., the Affidavits of Cylvia Prince, Diane Knueppel, Joyce Barrack and Paulette Getschman, and the exhibits annexed thereto, the accompanying memorandum of law and Rule 56.1 Statement, the undersigned will move this court before the Honorable Charles L. Brieant on March 21, 2008 at the Courthouse located at 300 Quarropas Street, White Plains, New York 10601 for an order pursuant to Federal Rule of Civil Procedure 56 granting Defendant's motion for summary judgment, dismissing the Complaint in its entirety, and for such other and further relief as the Court deems fair and proper.

    **PLEASE TAKE FURTHER NOTICE**, that pursuant to this Court's Order, plaintiff's opposition must be served on or before February 29, 2008, and defendant's reply must be served on or before March 14, 2008.

Dated: Uniondale, New York
       January 31, 2008

Respectfully submitted,

RIVKIN RADLER LLP
Attorneys for Defendant
THE NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY

By: *Norman Tolle*

NORMAN L. TOLLE, ESQ. (NLT – 5081)
926 RexCorp Plaza
Uniondale, New York 11556-0926
(516) 357-3000

TO: Douglas R. Dollinger, Esq.

2115076 v1