# EXHIBIT "A"

### Case Details     KNUEPPEL, DIANE

| | | | |
|---|---|---|---|
| Case ID: | 2115131960 | | |
| Case Sub Type: | Standard | Source: | Phone Call |
| Status: | Closed | Status Detail: | Transaction |
| Priority: | Normal | Timestamp: | |
| Created Date: | 05/23/2005 | Resolved Date: | 05/31/2005 |
| Requestor: | Wilson, Kenneth | Primary Client: | Wilson, Kenneth |

Case Notes: Client is inquiring as to why there is shortage on ISA as he requested draft for amount to get him paid to end of year. Negotiated call back so I may review. Phone: 914-682-5546.

### Case Contacts

| Case Role | Name |
|---|---|
| Primary Client | Wilson, Kenneth |
| Client | Wilson, Kenneth |
| Requestor | Wilson, Kenneth |
| Financial Rep | Stein, Daniel |

### Case History

| Date | Changed By | Field Changed | Old Value | New Value |
|---|---|---|---|---|
| 05/31/2005 | KNUEPPEL, DIANE | Status | | Closed |
| 05/31/2005 | KNUEPPEL, DIANE | Status Details | | Transaction |
| 05/23/2005 | KNUEPPEL, DIANE | Status | | Pending |
| 05/23/2005 | KNUEPPEL, DIANE | Status Details | | Home Office Processing |
| 05/23/2005 | KNUEPPEL, DIANE | Status | | Open |
| 05/23/2005 | KNUEPPEL, DIANE | Status Details | | Assigned |

### Reference Numbers

| Ref # | Type |
|---|---|
| 16852105 | Product Contract |
| 9695701 | ISA |

---

### TOW - ISA General Inquiry    TOW-Detail - Billing Inquiry (ISA Gen Inq)

| | | | |
|---|---|---|---|
| Status: | Closed | Created Date: | 05/23/2005 |
| Status Detail: | Phone Call | Due Date: | 05/28/2005 |
| Service Provider: | | | |

---

### Task - Consultation/Results

| | | | |
|---|---|---|---|
| Status: | Closed | Created Date: | |
| Status Detail: | | Scheduled Date: | 05/23/2005 |
| Priority: | Normal | Due Date: | 05/26/2005 |
| Created By: | KNUEPPEL, DIANE | | |