**EXHIBIT "C"**

POS CaseTracker (PROD) - Case 2115131960 (Case Report)                                    Page 6 of 7

| Date | Changed By | Field Changed | Old Value | New Value |

**Communication:**

Type: **Paper**  Incoming/Outgoing: **Outgoing**
Created By: **KNUEPPEL, DIANE**  Created Date: **05/24/2005**

Details:

**Communication Notes**

Note                                                           Analyst           Date

---

**Communication:**

Type: **Phone Call**  Incoming/Outgoing: **Outgoing**
Created By: **KNUEPPEL, DIANE**  Created Date: **05/23/2005**

Details:
Informed client that I am working on refunding the last draft that was done on the ISA.

**Communication Notes**

Note                                                           Analyst           Date

---

**Communication:**

Type: **Phone Call**  Incoming/Outgoing: **Outgoing**
Created By: **KNUEPPEL, DIANE**  Created Date: **05/23/2005**

Details:
Spoke with FR. Informed him of conversation with client. Let FR know that client wants refund of last payment and to let the policy lapse. FR said this was fine.

**Communication Notes**

Note                                                           Analyst           Date

---

**Communication:**

Type: **Phone Call**  Incoming/Outgoing: **Outgoing**
Created By: **KNUEPPEL, DIANE**  Created Date: **05/23/2005**