# EXHIBIT "D"

**Reference Numbers**

Ref #    Type

**Task Notes**

Note    Analyst    Date

**Task History**

Date   Changed By   Field Changed   Old Value   New Value

---

**Task - Process Transaction/Payment**

Status:         Closed              Created Date:
Status Detail:                       Scheduled Date:   05/23/2005
Priority:        Normal              Due Date:         05/26/2005
Created By:     KNUEPPEL, DIANE

**Reference Numbers**

Ref #    Type

**Task Notes**

| Note | Analyst | Date |
|---|---|---|
| Backdated ISA to 5/28/05, policy anniversary. | KNUEPPEL, DIANE | 05/23/2005 |

**Task History**

Date   Changed By   Field Changed   Old Value   New Value

---

**TOW - ISA Transactions   TOW-Detail - Terminate ISA**

Status:           Closed           Created Date:   05/23/2005
Status Detail:    Transaction      Due Date:       05/25/2005
Service Provider:

---

**Task - Provide Service**

Status:          Closed             Created Date:
Status Detail:                      Scheduled Date:   05/23/2005
Priority:        Normal             Due Date:         05/25/2005
Created By:      KNUEPPEL, DIANE

**Reference Numbers**

Ref #     Type

Task Notes

Note     Analyst     Date

Task History

Date    Changed By    Field Changed    Old Value    New Value

---

Task - Process Transaction/Payment

Status:         Closed              Created Date:
Status Detail:                      Scheduled Date:  05/23/2005
Priority:       Normal              Due Date:        05/26/2005
Created By:     KNUEPPEL, DIANE

Reference Numbers

Ref #     Type

Task Notes

Note                                Analyst               Date
ISA terminated.                     KNUEPPEL, DIANE       05/23/2005

Task History

Date    Changed By    Field Changed    Old Value    New Value

---

TOW - Transactions    TOW-Detail - Manual Adjustment

Status:           Closed           Created Date:  05/23/2005
Status Detail:    Transaction      Due Date:      05/28/2005
Service Provider:

---

Task - Refer Case

Status:         Closed              Created Date:
Status Detail:                      Scheduled Date:  05/24/2005
Priority:       Normal              Due Date:        05/27/2005
Created By:     KNUEPPEL, DIANE

Reference Numbers

Ref #     Type

Task Notes

NML 140