**EXHIBIT "E"**

| Note | Analyst | Date |
|---|---|---|
| Child Case referred to analyst to refund premiums back to Feb 2005. | KNUEPPEL, DIANE | 05/24/2005 |

Task History

Date   Changed By   Field Changed   Old Value   New Value

---

### Task - Provide Service

Status:            Closed              Created Date:
Status Detail:                         Scheduled Date:   05/23/2005
Priority:          Normal              Due Date:         05/28/2005
Created By:        KNUEPPEL, DIANE

**Reference Numbers**

Ref #    Type

**Task Notes**

Note    Analyst    Date

**Task History**

| Date | Changed By | Field Changed | Old Value | New Value |
|---|---|---|---|---|
| 05/31/2005 | KNUEPPEL, DIANE | Status Details | | |
| 05/31/2005 | KNUEPPEL, DIANE | Status | | Closed |
| 05/23/2005 | KNUEPPEL, DIANE | Status | | Open |
| 05/23/2005 | KNUEPPEL, DIANE | Status Details | | |

---

### Task - Process Transaction/Payment

Status:            Closed              Created Date:
Status Detail:                         Scheduled Date:   05/31/2005
Priority:          Normal              Due Date:         06/03/2005
Created By:        KNUEPPEL, DIANE

**Reference Numbers**

Ref #    Type

**Task Notes**

| Note | Analyst | Date |
|---|---|---|
| Refund sent via SAMS to client for premiums paid back to Feb 2005. | KNUEPPEL, DIANE | 05/31/2005 |

Task History