# EXHIBIT "F"

Page: 1 Document Name: Untitled

SCTS FMS SAMS IXKEE H8208 PRI04 FMSCSC1 2007/10/04 14:38:33 PROD

------------------------------ ITEM SELECTION 1 ------------------------------

PAGE 1 OF 1

"X" TO SELECT THE SUSPENSE ITEM

| | SUSP ITEM | NAME | ORIG AMT/ AVAIL AMT | STATUS | RESP OPER/ SYSTEM | UPDATE DATE |
|---|---|---|---|---|---|---|
| X | 18270208 | KENNETH WILSON | 81.03 + | CLSD | KNU06 | 05/31/05 |
| | | | 0.00 | | PREM ADJ | |

PF3=PREV PF4=NEW CASE PF5=HISTORY PF6=USE PF7=BACKWARD PF8=FORWARD ENTER=INQY

4-© 1 172.30.240.18 XKEE 13/2

Name: pri04 - Date: 10/04/2007 Time: 14:38:42

Page: 1 Document Name: Untitled

SCTS FMS SAMS IXKEE H8208 PRI04 FMSESC1 2007/10/04 14:38:44 PROD

---------------------------- BASIC ITEM INFORMATION ----------------------------

| | | | |
|---|---|---|---|
| ORIGINAL AMOUNT | 81.03 + | AVAILABLE AMOUNT | 0.00 |
| ORIGINAL OPERATOR ID | BAR09 | RESPONSIBLE OPERATOR ID | KNU06 |
| ORIGINAL DATE | 05/27/2005 | LAST UPDATE | 05/31/2005 |
| SUSPENSE ITEM NUMBER | 18270208 | STATUS | CLOSED |
| SOURCE OF FUNDS | WARRANT | RESPONSIBLE DEPT/DIV | 8276 |
| | | SOURCE SYSTEM | PREM ADJ |

NOTEPAD ENTRY

05/27/2005 20:43:17 BAR09

THE INTENDED PURPOSE IS REFUND

| TYPE | IDENTIFIER | TYPE | IDENTIFIER |
|---|---|---|---|
| P | 16852105 | | |
| N | WILSON KENNETH | | |

ROLE/NAME: I / KENNETH WILSON

PF3=PREV PF4=NEW CASE PF5=HISTORY PF6=USE PF9=ADD IDENTS PF10=NOTEPAD

4-© 1 172.30.240.18 XKEE 4/72

Page: 1 Document Name: Untitled

SCTS FMS SAMS IXKEE H8208 PRI04 FMSKSC1 2007/10/04 14:38:52 PROD

------------------------------- ITEM HISTORY -------------------------------

SUSPENSE ITEM NUMBER 18270208 PAGE 1 OF 1

AVAILABLE AMOUNT 0.00

ORIGINAL AMOUNT 81.03 +

SESSION NUMBER 147INSUR

FOR DETAIL, SELECT TRANSACTION: ___

| TRANS | DATE | OPER ID | AMOUNT | DESCRIPTION/SYSTEM | /STATUS |
|---|---|---|---|---|---|
| 1 | 05/31/2005 | KNU06 | 81.03 - | DISBURSMT/SAMS | /ACTIV |
| 2 | 05/31/2005 | BAR09 | | CHNG RESP/SAMS | |
| 3 | 05/27/2005 | ID30015 | 81.03 + | ESTABLISH/PREM ADJ | /ACTIV |

PF3=PREV PF4=NEW CASE PF6=USE PF7=BACKWARD PF8=FORWARD

4-© 1 172.30.240.18 XKEE 8/33

Name: pri04 - Date: 10/04/2007 Time: 14:38:58

Page: 1 Document Name: Untitled

SCTS FMS SAMS IXKEE H8208 PRI04 FMSLSC1 2007/10/04 14:39:05 PROD

-------------------------------- FIN HIST DETAIL --------------------------------

| OPERATOR ID | SUSP NUM | SUSP AMOUNT | DESCRIPTION/SYSTEM | /STATUS |
|---|---|---|---|---|
| KNU06 | 18270208 | 81.03 - | DISBURSMT/SAMS | /ACTIV |

DESCRIPTION -
REFUND: 1 SUSPENSE ITEM(S) USED POLICY 16852105

TOTAL AMOUNT OF SUSPENSE: 81.03 - USE SUSP ITEM FOR REFUND

SUSPENSE NUMBERS:
18270208

PF3=PREV PF4=NEW CASE PF5=DETAIL

4-© 1 172.30.240.18 XKEE 1/1

Name: pri04 - Date: 10/04/2007 Time: 14:39:13

Page: 1 Document Name: Untitled

SCTS FMS SAMS IXKEE H8208 PRI04 FMSPSC1 2007/10/04 14:39:34 PROD

------------------------------ TRAN HIST DETAIL ------------------------------

TOTAL AMOUNT OF SUSPENSE: 81.03 + ESTABLISH SUSPENSE ITEM

EFFECTIVE DATE - 05/27/2005 ACTUAL DATE - 05/27/2005
JOURNAL DATE - 05/27/2005 TIME - 20:43:17
FAMIS DATE - 05/27/2005 OPER ID - ID30015

| SUSP NUM | AMOUNT | CUR | GP/MG/TX/ST | DESCRIPTION |
|---|---|---|---|---|
| 18270208 | 81.03 + | USA | Y Y Y Y | PREMIUM REVERSAL |

PF3=PREV PF4=NEW CASE PF7=FORWARD PF8=BACKWARD

4-© 1 172.30.240.18 XKEE 1/1

Name: pri04 - Date: 10/04/2007 Time: 14:39:43

Page: 1 Document Name: Untitled

SCTS FMS SAMS IXKEE H8208 PRI04 FMSPSC1 2007/10/04 14:39:55 PROD

------------------------------ TRAN HIST DETAIL ------------------------------

TOTAL AMOUNT OF SUSPENSE: 81.03 - USE SUSP ITEM FOR REFUND

EFFECTIVE DATE - 05/31/2005 ACTUAL DATE - 05/31/2005
JOURNAL DATE - 05/31/2005 TIME - 13:57:46
FAMIS DATE - 05/31/2005 OPER ID - KNU06

| SUSP NUM | AMOUNT | CUR | GP/MG/TX/ST | DESCRIPTION |
|---|---|---|---|---|
| 18270208 | 81.03 - | USA | Y Y Y Y | CASH CLEARING |

PF3=PREV PF4=NEW CASE PF7=FORWARD PF8=BACKWARD

4-© 1 172.30.240.18 XKEE 1/1

Name: pri04 - Date: 10/04/2007 Time: 14:40:00