**EXHIBIT "G"**

Oct. 5. 2007 9:07AM   Northwestern Mutual   No. 0041  P. 1

```
RUN DATE - 06-01-05                    THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY          CT4
RUN TIME - 03:44:35                              DAILY CHECK REGISTER - SERIES WC SUBSERIES 6   REPORT CD-003
ROUTE TO - TREASURERS/BANKING & SECURITIES                    MAY 31, 2005                     PAGE      194
```

| CHECK NR | DISB CTRL NR | SOURCE NR | VOUCHER NR | CHECK DATE | OPER ID | DISB TYPE | PAYEE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 03241515 | 00312062P | 1510015 | 053105 | KNU06 | 752 | | KENNETH WILSON 70 BROOKSIDE PL NEW ROCHELLE NY 10801 | REFUND FOR PREMIUMS PAID ON POLICY 16852105 - 1 OF 2 CHECKS MAILED. SUSP10270200 DEPT/DIV/OPER DR KNU06 | 81.0 |

PAGE 1/2 * RCVD AT 10/5/2007 9:09:11 AM [Central Daylight Time] * SVR:NTAPPH1545M00/3 * DNIS:5385 * CSID:414 665 2703 * DURATION (mm-ss):00-34

NML 218