# EXHIBIT "H"

Ref #    Type

**Task Notes**

Note    Analyst    Date

**Task History**

| Date | Changed By | Field Changed | Old Value | New Value |
|---|---|---|---|---|
| 05/31/2005 | BARRACK, JOYCE | Status | | Closed |
| 05/31/2005 | BARRACK, JOYCE | Status Details | | |
| 05/24/2005 | KNUEPPEL, DIANE | Status | | Open |
| 05/24/2005 | KNUEPPEL, DIANE | Status Details | | |

---

**Task - Process Transaction/Payment**

| | | | |
|---|---|---|---|
| Status: | Closed | Created Date: | |
| Status Detail: | | Scheduled Date: | 05/26/2005 |
| Priority: | Normal | Due Date: | 05/29/2005 |
| Created By: | BARRACK, JOYCE | | |

**Reference Numbers**

Ref #    Type

**Task Notes**

| Note | Analyst | Date |
|---|---|---|
| Reversed anniversary processing on policy 16852105. | BARRACK, JOYCE | 05/26/2005 |

**Task History**

Date    Changed By    Field Changed    Old Value    New Value

---

**Task - Process Transaction/Payment**

| | | | |
|---|---|---|---|
| Status: | Closed | Created Date: | |
| Status Detail: | | Scheduled Date: | 05/27/2005 |
| Priority: | Normal | Due Date: | 05/30/2005 |
| Created By: | BARRACK, JOYCE | | |

**Reference Numbers**

Ref #    Type

**Task Notes**

| Note | Analyst | Date |
|---|---|---|
| Reversed three monthly premium from May 29th to February 28th of $27.01 each. | BARRACK, JOYCE | 05/27/2005 |