# EXHIBIT "I"

NML 237

### Task History

Date   Changed By   Field Changed   Old Value   New Value

---

### Task - Process Transaction/Payment

| | | | |
|---|---|---|---|
| Status: | Closed | Created Date: | |
| Status Detail: | | Scheduled Date: | 05/31/2005 |
| Priority: | Normal | Due Date: | 06/03/2005 |
| Created By: | BARRACK, JOYCE | | |

### Reference Numbers

Ref #   Type

### Task Notes

| Note | Analyst | Date |
|---|---|---|
| Assigned the amount of $81.03 in SAMS to KNU06. | BARRACK, JOYCE | 05/31/2005 |

### Task History

Date   Changed By   Field Changed   Old Value   New Value

---