# EXHIBIT "M"

CSS - ISA 96-957-01 Financial History                                   Page 1 of 1

HISTORY - ISA Financial

**ISA 96-957-01**
Financial Transactions

Payer: Kenneth Wilson
Minimum Payment: $0.00  GA / Agent: 110 / 071959
Withdrawal Value: $0.00  Status: Terminated
Paid To: 05/28/2005  Frequency: Monthly

| Date | Transaction | Policy | Account Payment | Policy Payment | Service Charge | Account Balance |
|---|---|---|---|---|---|---|
| 05/23/2005 | Correction entry |  | -$154.07 | — SAMS Refund |  |  |
| 05/23/2005 | Balance Credit |  | $189.07 |  |  | $154.07 |
| 05/23/2005 | Premium Reversal | 16852105 |  | -$27.01 |  |  |
| 05/23/2005 | Premium Reversal | 16852105 |  | -$27.01 |  |  |
| 05/23/2005 | Premium Reversal | 16852105 |  | -$27.01 |  |  |
| 05/23/2005 | Premium Reversal | 16852105 |  | -$27.01 |  |  |
| 05/23/2005 | Premium Reversal | 16852105 |  | -$27.01 |  |  |
| 05/23/2005 | Premium Reversal | 16852105 |  | -$27.01 |  |  |
| 05/23/2005 | Premium Reversal | 16852105 |  | -$27.01 |  |  |
| 05/09/2005 | Correction entry | 16852105 | -$35.00 |  |  | -$35.00 |
| 05/09/2005 | Premium Credit | 16852105 | $35.00 |  |  |  |
| 04/29/2005 | Balance Credit |  | $215.60 |  |  |  |
| 04/29/2005 | EFT Addl Pymt |  | $215.60 |  |  |  |
| 04/28/2005 | Balance Debit |  | -$215.60 |  |  | -$215.60 |
| 04/28/2005 | Premium Payment | 16852105 |  | $21.83 |  |  |
| 04/28/2005 | Premium Payment | 16852105 |  | $21.83 |  |  |
| 04/28/2005 | Premium Payment | 16852105 |  | $21.83 |  |  |
| 04/28/2005 | Premium Payment | 16852105 |  | $21.83 |  |  |
| 04/28/2005 | Premium Payment | 16852105 |  | $21.83 |  |  |
| 04/28/2005 | Premium Payment | 16852105 |  | $21.83 |  |  |
| 04/28/2005 | Premium Payment | 16852105 |  | $21.83 |  |  |
| 04/28/2005 | Premium Payment | 16852105 |  | $20.93 |  |  |
| 04/28/2005 | Premium Payment | 16852105 |  | $20.93 |  |  |
| 04/28/2005 | Premium Payment | 16852105 |  | $20.93 |  |  |
| 04/28/2005 | Premium Charge | 16852105 |  | -$60.70 |  |  |
| 04/12/2005 | Waived to Close |  | $0.99 |  |  |  |
| 04/12/2005 | Premium Credit | 16852105 | $60.70 |  |  |  |
| 04/12/2005 | Premium Credit | 16852083 | $586.65 |  |  |  |
| 04/12/2005 | Balance Debit |  | -$1.00 |  |  | -$0.99 |
| 04/12/2005 | Service Charge |  | -$1.00 |  |  |  |

http://ws61.nml.com/css/CSP-HO                                          4/20/2007

NML 287

CSS - ISA 96-957-01 Financial History                                           Page 1 of 1

HISTORY - ISA Financial

**ISA 96-957-01**  
Financial Transactions

Payer: Kenneth Wilson  
Minimum Payment:   $0.00   GA / Agent: 110 / 071959  
Withdrawal Value:  $0.00   Status:   Terminated  
Paid To:           05/28/2005   Frequency: Monthly

| Date | Transaction | Policy | Account Payment | Policy Payment | Service Charge | Account Balance |
|---|---|---|---|---|---|---|
| 04/07/2005 | Balance Credit |  | $449.70 |  |  | $0.01 |
| 04/07/2005 | Premium Reversal | 16852105 |  | -$20.93 |  |  |
| 04/07/2005 | Premium Reversal | 16852105 |  | -$20.93 |  |  |
| 04/07/2005 | Premium Reversal | 16852083 |  | -$203.92 |  |  |
| 04/07/2005 | Premium Reversal | 16852083 |  | -$203.92 |  |  |
| 04/06/2005 | Balance Debit |  | -$611.76 |  |  | -$449.69 |
| 04/06/2005 | Premium Payment | 16852083 |  | $203.92 |  |  |
| 04/06/2005 | Premium Payment | 16852083 |  | $203.92 |  |  |
| 04/06/2005 | Premium Payment | 16852083 |  | $203.92 |  |  |
| 04/06/2005 | Premium Charge | 16852083 |  | -$781.90 |  |  |
| 04/06/2005 | Balance Debit |  | -$62.79 |  |  | $162.07 |
| 04/06/2005 | Premium Payment | 16852105 |  | $20.93 |  |  |
| 04/06/2005 | Premium Payment | 16852105 |  | $20.93 |  |  |
| 04/06/2005 | Premium Payment | 16852105 |  | $20.93 |  |  |
| 04/06/2005 | Premium Charge | 16852105 |  | -$80.90 |  |  |
| 04/06/2005 | Int Credit |  | $0.01 |  |  | $224.86 |
| 04/05/2005 | Balance Credit |  | $224.85 |  |  | $224.85 |
| 04/05/2005 | EFT Addl Pymt |  | $224.85 |  |  |  |
| 03/15/2005 | Waived to Close |  | $0.94 |  |  |  |
| 03/15/2005 | Premium Credit | 16852105 | $80.90 |  |  |  |
| 03/15/2005 | Premium Credit | 16852083 | $781.90 |  |  |  |
| 03/15/2005 | Balance Debit |  | -$1.00 |  |  | -$0.94 |
| 03/15/2005 | Service Charge |  | -$1.00 |  |  |  |
| 02/02/2005 | Balance Credit |  | $224.85 |  |  | $0.06 |
| 02/02/2005 | Premium Payment | 16852105 |  | $20.93 |  |  |
| 02/02/2005 | Premium Payment | 16852083 |  | $203.92 |  |  |
| 02/02/2005 | EFT Req Payment |  | $449.70 |  |  |  |
| 01/21/2005 | Balance Credit |  | $224.85 |  |  | -$224.79 |
| 01/21/2005 | Premium Reversal | 16852105 |  | -$20.93 |  |  |
| 01/21/2005 | Premium Reversal | 16852083 |  | -$203.92 |  |  |

http://ws61.nml.com/css/CSP-HO                                              4/20/2007

NML 288

CSS - ISA 96-957-01 Financial History                                                                                       Page 1 of 1

HISTORY - ISA Financial

**ISA 96-957-01**  
Financial Transactions

Payer: Kenneth Wilson  
Minimum Payment: $0.00  GA / Agent: 110 / 071959  
Withdrawal Value: $0.00  Status: Terminated  
Paid To: 05/28/2005  Frequency: Monthly

| Date | Transaction | Policy | Account Payment | Policy Payment | Service Charge | Account Balance |
|---|---|---|---|---|---|---|
| 01/21/2005 | Check Returned | | -$449.70 | | | -$449.64 |
| 01/17/2005 | Balance Debit | | -$407.84 | | | $0.06 |
| 01/17/2005 | Premium Payment | 16852083 | | $203.92 | | |
| 01/17/2005 | Premium Payment | 16852083 | | $203.92 | | |
| 01/17/2005 | Premium Charge | 16852083 | | -$1,172.40 | | |
| 01/17/2005 | Balance Debit | | -$41.86 | | | $407.90 |
| 01/17/2005 | Premium Payment | 16852105 | | $20.93 | | |
| 01/17/2005 | Premium Payment | 16852105 | | $20.93 | | |
| 01/17/2005 | Premium Charge | 16852105 | | -$121.30 | | |
| 01/17/2005 | Int Credit | | $0.06 | | | $449.76 |
| 01/14/2005 | Balance Credit | | $449.70 | | | $449.70 |
| 01/14/2005 | EFT Addl Pymt | | $449.70 | | | |
| 01/11/2005 | Waived to Close | | $0.93 | | | |
| 01/11/2005 | Premium Credit | 16852105 | -$121.30 | | | |
| 01/11/2005 | Premium Credit | 16852083 | $1,172.40 | | | |
| 01/11/2005 | Balance Debit | | -$1.00 | | | -$0.93 |
| 01/11/2005 | Service Charge | | -$1.00 | | | |
| 11/29/2004 | Balance Credit | | $224.85 | | | $0.07 |
| 11/29/2004 | Premium Reversal | 16852105 | | -$20.93 | | |
| 11/29/2004 | Premium Reversal | 16852083 | | -$203.92 | | |
| 11/29/2004 | Check Returned | | -$224.85 | | | -$224.78 |
| 11/22/2004 | Premium Payment | 16852105 | | $20.93 | | |
| 11/22/2004 | Premium Payment | 16852083 | | $203.92 | | |
| 11/22/2004 | EFT Payment | | $224.85 | | | |
| 11/01/2004 | Balance Debit | | -$611.76 | | | $0.07 |
| 11/01/2004 | Premium Payment | 16852083 | | $203.92 | | |
| 11/01/2004 | Premium Payment | 16852083 | | $203.92 | | |
| 11/01/2004 | Premium Payment | 16852083 | | $203.92 | | |
| 11/01/2004 | Premium Charge | 16852083 | | -$1,758.15 | | |
| 11/01/2004 | Balance Debit | | -$62.79 | | | $611.83 |

http://ws61.nml.com/css/CSP-HO                                                                                              4/20/2007.

CSS - ISA 96-957-01 Financial History                                                                 Page 1 of 1

HISTORY - ISA Financial

**ISA 96-957-01**  
Financial Transactions

Payer: Kenneth Wilson  
Minimum Payment:      $0.00    GA / Agent: 110 / 071959  
Withdrawal Value:     $0.00    Status:     Terminated  
Paid To:              05/28/2005 Frequency: Monthly

| Date | Transaction | Policy | Account Payment | Policy Payment | Service Charge | Account Balance |
|---|---|---|---|---|---|---|
| 11/01/2004 | Premium Payment | 16852105 | | $20.93 | | |
| 11/01/2004 | Premium Payment | 16852105 | | $20.93 | | |
| 11/01/2004 | Premium Payment | 16852105 | | $20.93 | | |
| 11/01/2004 | Premium Charge | 16852105 | | -$181.90 | | |
| 11/01/2004 | Int Credit | | $0.07 | | | $674.62 |
| 10/29/2004 | Balance Credit | | $674.55 | | | $674.55 |
| 10/29/2004 | EFT Addl Pymt | | $674.55 | | | |
| 09/24/2004 | Waived to Close | | $0.62 | | | |
| 09/24/2004 | Premium Credit | 16852105 | $181.90 | | | |
| 09/24/2004 | Premium Credit | 16852083 | $1,758.15 | | | |
| 09/24/2004 | Balance Debit | | -$1.00 | | | -$0.62 |
| 09/24/2004 | Service Charge | | -$1.00 | | | |
| 08/27/2004 | Balance Credit | | $224.85 | | | $0.38 |
| 08/27/2004 | Premium Reversal | 16852105 | | -$20.93 | | |
| 08/27/2004 | Premium Reversal | 16852083 | | -$203.92 | | |
| 08/27/2004 | Check Returned | | -$224.85 | | | -$224.47 |
| 08/23/2004 | Premium Payment | 16852105 | | $20.93 | | |
| 08/23/2004 | Premium Payment | 16852083 | | $203.92 | | |
| 08/23/2004 | EFT Payment | | $224.85 | | | |
| 07/28/2004 | Balance Debit | | -$674.55 | | | $0.38 |
| 07/28/2004 | Premium Payment | 16852105 | | $20.93 | | |
| 07/28/2004 | Premium Payment | 16852105 | | $20.93 | | |
| 07/28/2004 | Premium Payment | 16852105 | | $20.93 | | |
| 07/28/2004 | Premium Payment | 16852083 | | $203.92 | | |
| 07/28/2004 | Premium Payment | 16852083 | | $203.92 | | |
| 07/28/2004 | Premium Payment | 16852083 | | $203.92 | | |
| 07/28/2004 | Int Credit | | $0.01 | | | $674.93 |
| 07/27/2004 | Premium Charge | 16852105 | | -$242.50 | | |
| 07/27/2004 | Premium Charge | 16852083 | | -$2,343.90 | | |
| 07/27/2004 | Int Credit | | $0.07 | | | $674.92 |

CSS - ISA 96-957-01 Financial History                                    Page 1 of 1

HISTORY - ISA Financial

**ISA 96-957-01**
Financial Transactions

Payer: Kenneth Wilson
Minimum Payment: $0.00  GA / Agent: 110 / 071959
Withdrawal Value: $0.00  Status: Terminated
Paid To: 05/28/2005  Frequency: Monthly

| Date | Transaction | Policy | Account Payment | Policy Payment | Service Charge | Account Balance |
|---|---|---|---|---|---|---|
| 07/22/2004 | Balance Credit | | $224.85 | | | $674.85 |
| 07/22/2004 | EFT Payment | | $224.85 | | | |
| 07/22/2004 | Int Credit | | $0.23 | | | $450.00 |
| 06/22/2004 | Balance Credit | | $224.85 | | | $449.77 |
| 06/22/2004 | EFT Payment | | $224.85 | | | |
| 06/22/2004 | Int Credit | | $0.07 | | | $224.92 |
| 06/03/2004 | Balance Credit | | $224.85 | | | $224.85 |
| 06/03/2004 | EFT Init.Pymt | | $224.85 | | | |

End of History

http://ws61.nml.com/css/CSP-HO                                           4/20/2007

NML 291