# EXHIBIT "N"

NML 292

# Insurance Service Account History

### Northwestern Mutual

Payer: Kenneth Wilson
ISA: 9695701

| DATE | TRANSACTION | PAID TO DATE | TOTAL PAYMENT RECEIVED | SERVICE CHARGE | INTEREST EARNED | POLICY | PREMIUM APPLIED/ WITHDRAWAL | APL PAYMENT | POLICY LOAN PAYMENT | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/3/2004 | Account opened | | | | | | | | | |
| 6/3/2004 | Initial EFT Payment | | 224.85 | | | | | | | 224.85 |
| 6/22/2004 | Interest Credit | | | | 0.07 | | | | | 224.92 |
| 6/22/2004 | EFT Payment | | 224.85 | | | | | | | 449.77 |
| 7/22/2004 | Interest Credit | | | | 0.23 | | | | | 450.00 |
| 7/22/2004 | EFT Payment | | 224.85 | | | | | | | 674.85 |
| 7/27/2004 | Interest Credit | | | | 0.07 | | | | | 674.92 |
| 7/27/2004 | Policy 16852083 added to account | 05/29/04 | | | | | | | | 674.92 |
| 7/27/2004 | Policy 16852105 added to account | 05/29/04 | | | | | | | | 674.92 |
| 7/28/2004 | Interest Credit | | | | 0.01 | | | | | 674.93 |
| | Monthly premium payment | 06/29/04 | | | | 16852083 | 203.92 | | | 471.01 |
| | Monthly premium payment | 07/29/04 | | | | 16852083 | 203.92 | | | 267.09 |
| | Monthly premium payment | 08/29/04 | | | | 16852083 | 203.92 | | | 63.17 |
| | Monthly premium payment | 06/29/04 | | | | 16852105 | 20.93 | | | 42.24 |
| | Monthly premium payment | 07/29/04 | | | | 16852105 | 20.93 | | | 21.31 |
| | Monthly premium payment | 08/29/04 | | | | 16852105 | 20.93 | | | 0.38 |
| 8/23/2004 | EFT Payment | | 224.85 | | | | | | | 225.23 |
| | Monthly premium payment | 09/29/04 | | | | 16852083 | 203.92 | | | 21.31 |
| | Monthly premium payment | 09/29/04 | | | | 16852105 | 20.93 | | | 0.38 |
| 8/27/2004 | Check returned | | | | | | 224.85 | | | -224.47 |

Page 1

NML 293

## Insurance Service Account History

### Northwestern Mutual

**Payer:** Kenneth Wilson
**ISA:** 9695701

| DATE | TRANSACTION | PAID TO DATE | TOTAL PAYMENT RECEIVED | SERVICE CHARGE | INTEREST EARNED | POLICY | PREMIUM APPLIED/ WITHDRAWAL | APL PAYMENT | POLICY LOAN PAYMENT | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | Reverse monthly premium payment | 08/29/04 | 203.92 | | | 16852083 | | | | -20.55 |
| | Reverse monthly premium payment | 08/29/04 | 20.93 | | | 16852105 | | | | 0.38 |
| 9/24/2004 | Service Charge | | | 1.00 | | | | | | -0.62 |
| | Policy 16852083 removed from account | 08/29/04 | | | | | | | | -0.62 |
| | Policy 16852105 removed from account | 08/29/04 | | | | | | | | -0.62 |
| | Account closed; shortage waived | | 0.62 | | | | | | | 0.00 |
| 10/29/2004 | Account re-opened | | | | | | | | | 0.00 |
| | Additional EFT payment received | | 674.55 | | | | | | | 674.55 |
| 11/1/2004 | Interest Credit | | | | 0.07 | | | | | 674.62 |
| | Policy 16852083 added to account | 08/29/04 | | | | | | | | 674.62 |
| | Policy 16852105 added to account | 08/29/04 | | | | | | | | 674.62 |
| | Monthly premium payment | 09/29/04 | | | | 16852105 | 20.93 | | | 653.69 |
| | Monthly premium payment | 10/29/04 | | | | 16852105 | 20.93 | | | 632.76 |
| | Monthly premium payment | 11/29/04 | | | | 16852105 | 20.93 | | | 611.83 |
| | Monthly premium payment | 09/29/04 | | | | 16852083 | 203.92 | | | 407.91 |
| | Monthly premium payment | 10/29/04 | | | | 16852083 | 203.92 | | | 203.99 |
| | Monthly premium payment | 11/29/04 | | | | 16852083 | 203.92 | | | 0.07 |
| 11/22/2004 | EFT Payment | | 224.85 | | | | | | | 224.92 |
| | Monthly premium payment | 12/29/04 | | | | 16852083 | 203.92 | | | 21.00 |

Page 2

NML 294

# Insurance Service Account History

**Northwestern Mutual**

Payer: Kenneth Wilson
ISA: 9695701

| DATE | TRANSACTION | PAID TO DATE | TOTAL PAYMENT RECEIVED | SERVICE CHARGE | INTEREST EARNED | POLICY | PREMIUM APPLIED/ WITHDRAWAL | APL PAYMENT | POLICY LOAN PAYMENT | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Monthly premium payment | 12/29/04 |  |  |  | 16852105 | 20.93 |  |  | 0.07 |
| 11/29/2004 | Check returned |  |  |  |  |  | 224.85 |  |  | -224.78 |
|  | Reverse monthly premium payment | 11/29/04 | 203.92 |  |  | 16852083 |  |  |  | -20.86 |
|  | Reverse monthly premium payment | 11/29/04 | 20.93 |  |  | 16852105 |  |  |  | 0.07 |
| 1/11/2005 | Service Charge |  |  | 1.00 |  |  |  |  |  | -0.93 |
|  | Policy 16852083 removed from account | 11/29/04 |  |  |  |  |  |  |  | -0.93 |
|  | Policy 16852105 removed from account | 11/29/04 |  |  |  |  |  |  |  | -0.93 |
|  | Account closed; shortage waived |  | 0.93 |  |  |  |  |  |  | 0.00 |
| 1/14/2005 | Account re-opened |  |  |  |  |  |  |  |  | 0.00 |
|  | Additional EFT payment received |  | 449.70 |  |  |  |  |  |  | 449.70 |
| 1/17/2005 | Interest Credit |  |  |  | 0.06 |  |  |  |  | 449.76 |
|  | Policy 16852105 added to account | 11/29/04 |  |  |  | 16852105 | 20.93 |  |  | 449.76 |
|  | Policy 16852083 added to account | 11/29/04 |  |  |  | 16852105 | 20.93 |  |  | 449.76 |
|  | Monthly premium payment | 12/29/04 |  |  |  | 16852105 | 20.93 |  |  | 428.83 |
|  | Monthly premium payment | 01/29/05 |  |  |  | 16852105 | 20.93 |  |  | 407.90 |
|  | Monthly premium payment | 12/29/04 |  |  |  | 16852083 | 203.92 |  |  | 203.98 |
|  | Monthly premium payment | 01/29/05 |  |  |  | 16852083 | 203.92 |  |  | 0.06 |
| 1/21/2005 | Check returned |  |  |  |  |  | 449.70 |  |  | -449.64 |
|  | Reverse monthly premium payment | 12/29/04 | 203.92 |  |  | 16852083 |  |  |  | -245.72 |

Page 3

NML 295

# Insurance Service Account History

### Northwestern Mutual

**Payer:** Kenneth Wilson
**ISA:** 9695701

| DATE | TRANSACTION | PAID TO DATE | TOTAL PAYMENT RECEIVED | SERVICE CHARGE | INTEREST EARNED | POLICY | PREMIUM APPLIED/ WITHDRAWAL | APL PAYMENT | POLICY LOAN PAYMENT | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | Reverse monthly premium payment | 12/29/04 | 20.93 | | | 16852105 | | | | -224.79 |
| 2/2/2005 | EFT Payment | | 449.70 | | | | | | | 224.91 |
| | Monthly premium payment | 01/29/05 | | | | 16852083 | 203.92 | | | 20.99 |
| | Monthly premium payment | 01/29/05 | | | | 16852105 | 20.93 | | | 0.06 |
| 3/15/2005 | Service Charge | | | 1.00 | | | | | | -0.94 |
| | Policy 16852083 removed from account | 01/29/05 | | | | | | | | -0.94 |
| | Policy 16852105 removed from account | 01/29/05 | | | | | | | | -0.94 |
| | Account closed; shortage waived | | | 0.94 | | | | | | 0.00 |
| 4/5/2005 | Account re-opened | | | | | | | | | 0.00 |
| | Additional EFT payment received | | 224.85 | | | | | | | 224.85 |
| 4/6/2005 | Interest Credit | | | | 0.01 | | | | | 224.86 |
| | Policy 16852105 added to account | 01/29/05 | | | | | | | | 224.86 |
| | Policy 16852083 added to account | 01/29/05 | | | | | | | | 224.86 |
| | Monthly premium payment | 02/28/05 | | | | 16852105 | 20.93 | | | 203.93 |
| | Monthly premium payment | 03/29/05 | | | | 16852105 | 20.93 | | | 183.00 |
| | Monthly premium payment | 04/29/05 | | | | 16852105 | 20.93 | | | 162.07 |
| | Monthly premium payment | 02/28/05 | | | | 16852083 | 203.92 | | | -41.85 |
| | Monthly premium payment | 03/29/05 | | | | 16852083 | 203.92 | | | -245.77 |
| | Monthly premium payment | 04/29/05 | | | | 16852083 | 203.92 | | | -449.69 |

Page 4

## Insurance Service Account History

### ∰ Northwestern Mutual™

**Payer:** Kenneth Wilson
**ISA:** 9695701

| DATE | TRANSACTION | PAID TO DATE | TOTAL PAYMENT RECEIVED | SERVICE CHARGE | INTEREST EARNED | POLICY | PREMIUM APPLIED/ WITHDRAWAL | APL PAYMENT | POLICY LOAN PAYMENT | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/7/2005 | Reverse monthly premium payment | 03/29/05 | 203.92 | | | 16852083 | | | | -245.77 |
| | Reverse monthly premium payment | 02/28/05 | 203.92 | | | 16852083 | | | | -41.85 |
| | Reverse monthly premium payment | 03/29/05 | 20.93 | | | 16852105 | | | | -20.92 |
| | Reverse monthly premium payment | 02/28/05 | 20.93 | | | 16852105 | | | | 0.01 |
| 4/12/2005 | Service Charge | | | 1.00 | | | | | | -0.99 |
| | Policy 16852083 removed from account | 02/28/05 | | | | | | | | -0.99 |
| | Policy 16852105 removed from account | 02/28/05 | | | | | | | | -0.99 |
| | Account closed; shortage waived | | 0.99 | | | | | | | 0.00 |
| 4/28/2005 | Account re-opened | | | | | | | | | 0.00 |
| | Policy 16852105 added to account | 02/28/05 | | | | | | | | 0.00 |
| | Monthly premium payment | 03/29/05 | | | | 16852105 | 20.93 | | | -20.93 |
| | Monthly premium payment | 04/29/05 | | | | 16852105 | 20.93 | | | -41.86 |
| | Monthly premium payment | 05/29/05 | | | | 16852105 | 20.93 | | | -62.79 |
| | Monthly premium payment | 06/29/05 | | | | 16852105 | 21.83 | | | -84.62 |
| | Monthly premium payment | 07/29/05 | | | | 16852105 | 21.83 | | | -106.45 |
| | Monthly premium payment | 08/29/05 | | | | 16852105 | 21.83 | | | -128.28 |
| | Monthly premium payment | 09/29/05 | | | | 16852105 | 21.83 | | | -150.11 |
| | Monthly premium payment | 10/29/05 | | | | 16852105 | 21.83 | | | -171.94 |
| | Monthly premium payment | 11/29/05 | | | | 16852105 | 21.83 | | | -193.77 |

NML 296

NML 297

# Northwestern Mutual

## Insurance Service Account History

**Payer:** Kenneth Wilson
**ISA:** 9695701

| DATE | TRANSACTION | PAID TO DATE | TOTAL PAYMENT RECEIVED | SERVICE CHARGE | INTEREST EARNED | POLICY | PREMIUM APPLIED/ WITHDRAWAL | APL PAYMENT | POLICY LOAN PAYMENT | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | Monthly premium payment | 12/29/05 | | | | 16852105 | 21.83 | | | -215.60 |
| 4/29/2005 | EFT Payment | | 215.60 | | | | | | | 0.00 |
| 5/9/2005 | Premium adjustment | | | | | | 35.00 | Pol'cy | Fee | -35.00 |
| 5/23/2005 | Reverse monthly premium payment | 11/29/05 | 27.01 | | | 16852105 | | | | -7.99 |
| | Reverse monthly premium payment | 10/29/05 | 27.01 | | | 16852105 | | | | 19.02 |
| | Reverse monthly premium payment | 09/29/05 | 27.01 | | | 16852105 | | | | 46.03 |
| | Reverse monthly premium payment | 08/29/05 | 27.01 | | | 16852105 | | | | 73.04 |
| | Reverse monthly premium payment | 07/29/05 | 27.01 | | | 16852105 | | | | 100.05 |
| | Reverse monthly premium payment | 06/29/05 | 27.01 | | | 16852105 | | | | 127.06 |
| | Reverse monthly premium payment | 05/29/05 | 27.01 | | | 16852105 | | | | 154.07 |
| 5/23/2005 | Policy 1685210 removed from account | 05/29/05 | | | | | | | | 154.07 |
| 5/23/2005 | Account closed; account balance sent to payer | | | | | | 154.07 | | | 0.00 |

Page 6