# EXHIBIT "O"



```
Posted: 07/01/2005
  Bank: 0000
   R/T: 000000000
Account: 520001736
 Check: 3241514
Amount: 154.07
   DIN: 000000210709799
```