**EXHIBIT "P"**

POS CaseTracker (PROD) - C- -2112650134 (Case Report)                          Page 1 of 3

### Case Details    Nowak, Melissa

| | | | |
|---|---|---|---|
| Case ID: | 2112650134 | | |
| Case Sub Type: | Standard | Source: | Phone Call |
| Status: | Closed | Status Detail: | Transaction |
| Priority: | Normal | Timestamp: | |
| Created Date: | 04/27/2005 | Resolved Date: | 04/29/2005 |
| Requestor: | Wilson, Kenneth | Primary Client: | Wilson, Kenneth |
| Case Notes: | Mr. Wilson called to have us reopen his account with only policy 16852105 paid to 12-28-05. Gave bnking info to do one time draft. | | |

### Case Contacts

| Case Role | Name |
|---|---|
| Financial Rep | Stein, Daniel |
| Primary Client | Wilson, Kenneth |
| Client | Wilson, Kenneth |
| Requestor | Wilson, Kenneth |

### Case History

| Date | Changed By | Field Changed | Old Value | New Value |
|---|---|---|---|---|
| 04/29/2005 | Nowak, Melissa | Status | | Closed |
| 04/29/2005 | Nowak, Melissa | Status Details | | Transaction |
| 04/27/2005 | Nowak, Melissa | Status | | Pending |
| 04/27/2005 | Nowak, Melissa | Status Details | | Home Office Processing |
| 04/27/2005 | Nowak, Melissa | Status | | Open |
| 04/27/2005 | Nowak, Melissa | Status Details | | Assigned |

### Reference Numbers

| Ref # | Type |
|---|---|
| 9695701 | ISA |

---

TOW - ISA Transactions   TOW-Detail - Reactivation

| | | | |
|---|---|---|---|
| Status: | Closed | Created Date: | 04/27/2005 |
| Status Detail: | Transaction | Due Date: | 04/29/2005 |
| Service Provider: | | | |

### Task - Provide Service

| | | | |
|---|---|---|---|
| Status: | Closed | Created Date: | |
| Status Detail: | | Scheduled Date: | 04/27/2005 |
| Priority: | Normal | Due Date: | 04/29/2005 |
| Created By: | Nowak, Melissa | | |

### Reference Numbers

POS CaseTracker (PROD) - C   2112650134 (Case Report)                                Page 2 of 3

Ref #     Type

**Task Notes**

Note    Analyst    Date

**Task History**

| Date | Changed By | Field Changed | Old Value | New Value |
|---|---|---|---|---|
| 04/27/2005 | Nowak, Melissa | Status | | Closed |
| 04/27/2005 | Nowak, Melissa | Status Details | | |
| 04/27/2005 | Nowak, Melissa | Status | | Open |
| 04/27/2005 | Nowak, Melissa | Status Details | | |

---

TOW - ISA Transactions    TOW-Detail - EFT on Demand

| | | | |
|---|---|---|---|
| Status: | Closed | Created Date: | 04/27/2005 |
| Status Detail: | Transaction | Due Date: | 04/29/2005 |
| Service Provider: | | | |

---

**Task - Provide Service**

| | | | |
|---|---|---|---|
| Status: | Closed | Created Date: | |
| Status Detail: | | Scheduled Date: | 04/27/2005 |
| Priority: | Normal | Due Date: | 04/29/2005 |
| Created By: | Nowak, Melissa | | |

**Reference Numbers**

Ref #     Type

**Task Notes**

Note    Analyst    Date

**Task History**

| Date | Changed By | Field Changed | Old Value | New Value |
|---|---|---|---|---|
| 04/29/2005 | Nowak, Melissa | Status | | Closed |
| 04/29/2005 | Nowak, Melissa | Status Details | | |
| 04/27/2005 | Nowak, Melissa | Status | | Open |
| 04/27/2005 | Nowak, Melissa | Status Details | | |

---

**Task - Misc**

| | | | |
|---|---|---|---|
| Status: | Closed | Created Date: | |
| Status Detail: | | Scheduled Date: | 04/27/2005 |
| Priority: | Normal | Due Date: | 04/30/2005 |
| Created By: | Nowak, Melissa | | |

http://ws62.nml.com/casetracker/caseReportDisplay.do?CaseIdNum=3956406&CaseNum...   6/13/2007

NML 170

FOS CaseTracker (PROD) - C·   2112650134 (Case Report)                Page 3 of 3

**Reference Numbers**

Ref #     Type

**Task Notes**

| Note | Analyst | Date |
|---|---|---|
| RTG# 021000021 (JP Morgan Chase) ACCNT# 555111095365. | Nowak, Melissa | 04/27/2005 |

**Task History**

Date   Changed By   Field Changed   Old Value   New Value