*Douglas R. Dollinger*
*Counselor at Law*
*Admitted to Both*
*State & Federal Practice*

40 Matthews Street - Suite 101
Village of Goshen
Goshen, New York 10924
www.dollingerlaw.com

*Telephone*
(845) 294-2771
(888) Civil Law
*Fax*
(845) 294-2772

*Affiliate Offices*
San Diego-California
New York City-New York

January 30, 2008

Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Wilson v. Northwestern
Case No.: 07 cv 2790 (CLB)

Your Honor:

Pursuant to the case management schedule and order of the Court enclosed are copies of the following pleadings:

(1) Plaintiff's Notice of Motion for Summary Judgment, Declaration of Douglas R. Dollinger Memorandum in Opposition to Defendant's Motion(s) and its Volumes 1-Exhibits 1-7 and Volume 2 Exhibits 8-12 as served on Defense Counsel for Defendant Northwestern.

Thank you for your attention to this matter.

Truly yours,

Douglas R. Dollinger

DRD/dn
Encls.
Cc Rivkin Radler

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE WILSON,<br><br>    Plaintiff(s),<br><br>vs.<br><br>NORTHWESTERN MUTUAL INSURANCE COMPANY,<br><br>    Defendant(s). | Case No.: 07CV2790 (CLB)<br>HON. CHARLES L BRIEANT<br><br>**Plaintiff's Notice of Motion For An Order Granting Summary Judgment on Plaintiff's First Amended Complaint** |

**TO: THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD.**

**PLEASE TAKE NOTICE**, that upon the Declaration of Douglas R. Dollinger, dated January 30, 2008, attorney for Plaintiff, the annexed Exhibits thereto, Plaintiff's Memorandum and Points of Authority, the undersigned will move this Court before the Honorable Judge Charles L. Brieant on February 29, 2008, at 10:00 a.m., at the Courthouse located at 300 Quarropas Street, White Plains, New York 10601, for an order granting Plaintiff summary judgment on her complaint pursuant to Fed. R. Civ. P. 56 (c), together with such other and further relief this Honorable Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that pursuant to Local Civil Rule 6.1(b), Defendant's opposition, if any, must be served on or before February 19, 2008.

Dated: Goshen, New York 10924
January 30, 2008

By: _____
DOUGLAS R. DOLINGER, ESQ.
Attorney for Plaintiff(s)
96 Broadway
City of Newburgh
Newburgh, New York 12550
Tele.  845.562.9601
Fasc.  845.562.9602

RIVKIN RADLER LLP
Attorneys for Defendant
926 Reckson Plaza
Uniondale, New York 11556-0926
Tele: 516.357.3000
Fasc: 516.357.3333

Plaintiff's Notice of Motion For An Order Granting Summary Judgment
on Plaintiff's First Amended Complaint Case No.: 07CV2790-(CLB)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELLE WILSON,

    Plaintiff(s),

vs.

NORTHWESTERN MUTUAL INSURANCE COMPANY,

    Defendant(s).

Case No.: 07CV2790 (CLB)
HON. CHARLES L. BRIEANT

**ATTORNEY'S DECLARATION**

COUNTY OF ORANGE )
                    )SS.:
STATE OF NEW YORK )

    **DOUGLAS R. DOLLINGER**, attorney for the Plaintiff MICHELLE WILSON, affirms under the penalty of perjury, deposes and says:

1. This declaration is submitted to the Court on behalf of the Plaintiff MICHELLE WILSON ("hereafter "M.WILSON"). MS. WILSON moves for an order, pursuant to Fed Rule 56(c), granting her Summary Judgment on the Complaint against Defendant NORTHWESTERN MUTUAL INSURANCE COMPANY ("NORTHWESTERN") as a matter of law as set forth in the accompanying Memorandum of Law and based on the Exhibits 1-12 as incorporated.

2. Based on the foregoing, **M.WILSON** argues that even if the Court accepts as true all of the allegations of the affirmative defenses offered, and coupled with the Defendant's Discovery Responses, she is entitled to Summary Judgment as a matter of law.

Law Office of Douglas R. Dollinger & Associates
40 Matthews Street, Goshen, New York 10924* Tele. 845.294.2771 Facs. 845.294.2772

WHEREFORE, it is respectfully requested the Court issue an Order granting Defendant Summary Judgment, together with such other and further relief as the Court may deem just and proper.

Affirmed this 30th day of January 2008

_____
DOUGLAS R. DOLLINGER

Law Office of Douglas R. Dollinger & Associates
40 Matthews Street, Goshen, New York 10924* Tele. 845.294.2771 Facs. 845.294.2772

**PROOF OF SERVICE**

STATE OF NEW YORK )
COUNTY OF ORANGE )

I, EDWARD McCARTHY maintain my offices in the City of Newburgh, County of Orange, State of New York. I am over the age of 18 and not a party to these proceedings. My business address is 40 Matthews Street, Village of Goshen, Goshen, New York 10924.

On January, 31st 2008 I served the Annexed documents: Plaintiff's Notice of Motion-Declaration of Douglas R. Dollinger and Memorandum of Law in Support of the Plaintiff's Motion for Summary Judgment Pursuant to Fed. Rule 56 (c) on all interested parties at the addresses that follow:

\*\*\* PLEASE SEE ATTACHED SERVICE LIST\*\*\*

**X  VIA OVERNIGHT MAIL:**

By delivering such documents to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express courier addressed to the person(s) on whom it is to be served.

___  **VIA U.S. MAIL:**

By depositing a sealed envelope containing the above-cited document with the U.S. Postal Service on _____ with postage thereon fully paid at the local post office in Newburgh, New York.

___  **VIA PERSONAL DELIVERY:**

By personally delivering such sealed envelope by hand to the offices of the addressee pursuant to the applicable law

**X  VIA FACSIMILE:**

By facsimile transmission where a report was generated indicating that the transmission was completed to the number indicated on the report without error.

I declare under penalty of perjury under the laws of the United States of America that the above is true ad correct and I declare that I did so at the direction of the member of the bar of this Court at whose direction the service was made.

Executed this 31st day of January 2008, Village of Goshen, County of Orange, State of New York.

EDWARD McCARTHY

SERVICE LIST

WILSON V. NORTHWESTERN Case No.: 07cv2790-(CLB)

RIVKIN RADLER LLP
Attorneys for Defendant
Attn: Norman L. Tolle, Esq., of Counsel
926 Reckson Plaza
Uniondale, New York 11556-0926
Tele: 516.357.3000
Fasc: 516.357.3333

**PROOF OF SERVICE**

STATE OF NEW YORK )
COUNTY OF ORANGE )

I, EDWARD McCARTHY maintain my offices in the City of Newburgh, County of Orange, State of New York. I am over the age of 18 and not a party to these proceedings. My business address is 40 Matthews Street, Village of Goshen, Goshen, New York 10924.

On January, 31st 2008 I served the Annexed documents: Plaintiff's Exhibits "1"-"12" on all interested parties at the addresses that follow:

**\*\*\* PLEASE SEE ATTACHED SERVICE LIST\*\*\***

**X   VIA OVERNIGHT MAIL:**

By delivering such documents to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express courier addressed to the person(s) on whom it is to be served.

**___ VIA U.S. MAIL:**

By depositing a sealed envelope containing the above-cited document with the U.S. Postal Service on _____ with postage thereon fully paid at the local post office in Newburgh, New York.

**___ VIA PERSONAL DELIVERY:**

By personally delivering such sealed envelope by hand to the offices of the addressee pursuant to the applicable law

**X   VIA FACSIMILE:**

By facsimile transmission where a report was generated indicating that the transmission was completed to the number indicated on the report without error.

I declare under penalty of perjury under the laws of the United States of America that the above is true ad correct and I declare that I did so at the direction of the member of the bar of this Court at whose direction the service was made.

Executed this 31st day of January 2008, Village of Goshen, County of Orange, State of New York.

_____
EDWARD McCARTHY

## SERVICE LIST

## WILSON V. NORTHWESTERN Case No.: 07cv2790-(CLB)

RIVKIN RADLER LLP
Attorneys for Defendant
Attn: Norman L. Tolle, Esq., of Counsel
926 Reckson Plaza
Uniondale, New York 11556-0926
Tele: 516.357.3000
Fasc: 516.357.3333