Exhibit Q

Case 7:07-cv-02790-CS    Document 24-2    Filed 02/29/2008    Page 1 of 2

JUN-16-2006(FRI) 12:27                                                    P. 002/002
Jun 16 06 11:18a                                                          p.1

**Northwestern Mutual**
720 East Wisconsin Avenue
Milwaukee, WI 53202-4797
(414) 271-1444

10157L214300000787000578
KENNETH WILSON
70 BROOKSIDE PL
NEW ROCHELLE NY 10801

Account Number: 9695701
Prepared: May 23, 2005
110 71959

Your Financial Representative
Daniel Stein
Suite 101
3000 Westchester Ave
Purchase NY 10577-2523
(914) 253-6426

General Agent
J Philip Bender
Ste 200
285 Riverside Ave
Westport CT 06880-4806
(203) 221-5200

### RE: Your Insurance Service Account (ISA) has been closed

Your ISA payment facility has been closed because all policies in the account have been removed.

Closing this payment facility means you will receive an individual notice for the policy listed below. This policy remains in effect until the end of its grace period. At that time, if payment has not been received, the policy's non-payment provision becomes effective. See the policy contract to determine the non-payment provision. Please refer to the back of this letter for an explanation of terms used.

| Insured Name | Policy Number | Policy Paid-to-Date on Closing Day | End of Grace Period |
|---|---|---|---|
| Kenneth Wilson | 16-852-105 | May 29, 2005 | June 29, 2005 |

**Please call your Financial Representative** at (914) 253-6426, or our Policyowner Services Department at the Home Office for further information or assistance.

Attention:
Paul
(914) 275-1501

06/16/2006 FRI 12:24 [TX/RX NO 5451] @002