UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE WILSON, <br><br>                    Plaintiff(s), <br> vs. <br><br> NORTHWESTERN MUTUAL INSURANCE COMPANY, <br>                    Defendant(s). | ) Case No.: 07CV2790 (CLB) <br> ) HON. CHARLES L. BRIEANT <br> ) <br> ) **ATTORNEY'S DECLARATION** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

COUNTY OF ORANGE )
                )SS.:
STATE OF NEW YORK )

**DOUGLAS R. DOLLINGER** , attorney for the Plaintiff MICHELLE WILSON, affirms under the penalty of perjury, deposes and says:

1. This declaration is submitted to the Court on behalf of the Plaintiff MICHELLE WILSON (**hereafter "M.WILSON"**) in opposition to the Motion of the Defendant NORTHWESTERN MUTUAL INSURANCE COMPANY (**"NORTHWESTERN"**) for an order, pursuant to Fed Rule 56(c), granting them Summary Judgment on the Complaint as a matter of law.

2. Plaintiff by her Memorandum of Law and by incorporation and reference to Volumes I and II containing Exhibits 1-12 as submitted in support of her Motion for Summary Judgment argues that she is entitled to Summary Judgment as a matter of law and in the alternative there remains a question of fact concerning the alleged oral termination-cancellation of the Policies at issue before the Court.

**WHEREFORE**, it is respectfully requested the Court issue an Order denying Defendant Summary Judgment, together with such other and further relief as the Court may deem just and proper.

Affirmed this 29th day
of February 2008

_____
DOUGLAS R. DOLLINGER

**Law Office of Douglas R. Dollinger & Associates**
40 Matthews Street, Goshen, New York 10924* Tele. 845.294.2771 Facs. 845.294.2772