UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELLE WILSON,

    Plaintiff(s),

vs.

NORTHWESTERN MUTUAL INSURANCE COMPANY,

    Defendant(s).

Case No.: 07CV2790 (CLB)
HON. CHARLES L BRIEANT

Plaintiff's Notice of Motion For an Order Permitting Plaintiff to File Substitution-Supplemental Pleadings to Conform to Rule 56.1 Plaintiff's Statement of Facts Pursuant to Fed. Rule Civ. P. 6(b)

TO: THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE, that upon the Affirmation of Douglas R. Dollinger, dated March 14, 2008, attorney for Plaintiff, the annexed-incorporated Exhibits thereto, Plaintiff's Memorandum and Points of Authority, the undersigned will move this Court before the Honorable Judge Charles L. Brieant on April 14, 2008, at 10:00 a.m., at the Courthouse located at 300 Quarropas Street, White Plains, New York 10601, for an order pursuant to Fed. R. Civ. P. 6(b), allowing Plaintiff to re-file and substitute-supplement her pleadings to conform to Local Rule 56.1, together with such other and further relief this Honorable Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that pursuant to Local Civil Rules Defendant's opposition, if any, must be served on or before March 28, 2008 and Plaintiff's Reply must be served on or before April 7, 2008.

Dated: Goshen, New York
       March 14, 2008

By: *[signature]*

DOUGLAS R. DOLLINGER, ESQ.
Attorney for Plaintiff(s)
40 Matthews Street
Village of Goshen
Goshen, New York 10924
Tele.  845.294.2771
Fasc.  845.294.2772

RIVKIN RADLER LLP
Attorneys for Defendant
926 Reckson Plaza
Uniondale, New York 11556-0926
Tele: 516.357.3000
Fasc: 516.357.3333